**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MELVYN KLEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NUTRISYSTEM, INC., MICHAEL J. HAGAN, ROBERT F. BERNSTOCK, JAY HERRATTI, BRIAN P. TIERNEY, PATRICIA HAN, DAWN M. ZIER, PAUL GUYARDO, MICHAEL D. MANGAN, ANDREA WEISS, BENJAMIN A. KIRSHNER, TIVITY HEALTH, INC., and SWEET ACQUISITION, INC.<br><br>　　　　　　Defendants. | Civil Action No: 1:19-cv-00056-MN |

**NOTICE OF DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Melvyn Klein ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above captioned matter (the "Action"), with prejudice as to himself and without prejudice as to claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: March 7, 2019

        **O'KELLY ERNST & JOYCE, LLC**

        */s/ Ryan M. Ernst*
        Ryan M. Ernst (No. 4788)
        901 N. Market Street, Suite 1000
        Wilmington, DE 19801
        Phone (302) 778-4000
        Facsimile: (302) 295-2873
        Email: rernst@oelegal.com

        **GAINEY McKENNA & EGLESTON**
        Thomas J. McKenna
        Gregory M. Egleston
        440 Park Avenue South
        New York, NY 10016
        Telephone: (212) 983-1300
        Facsimile: (212) 983-0383
        Email: tjmckenna@gme-law.com
        Email: gegleston@gme-law.com

        ***Attorneys for Plaintiff***